ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Monday, August 5, 2019 4:27:31 PM
CASE NUMBER: 2019 CV 03577 Docket ID: 33682103
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO

IN THE COURT OF COMMON PLEAS
MONTGOMERY COUNTY, OHIO

| | | |
|---|---|---|
| Emma Silencieux<br>4432 Foxton Court<br>Dayton, Ohio 45414 | : <br> : <br> : | CASE NO._____ |
| **PLAINTIFF** | : <br> : | JUDGE:_____ |
| | : | |
| | : | **COMPLAINT** |
| v. | : | |
| International Laboratories LLC<br>6950 Bryan Dairy Road<br>Seminole, Florida 33777 | : | |
| And | | |
| Dr. Reddy's Laboratories<br>107 College Road East<br>Princeton, New Jersey 08540 | : | |
| And | | |
| Walmart Stores<br>3465 York Commons<br>Dayton OH 45414 | : | |
| And | : | |
| John Does 1-10<br>Current Names and<br>Addresses Unknown | : <br> : | |
| and | : | |

1

**John Doe Corporations 11-20**
**Current Names and**
**Addresses Unknown**               :

                                    :

    **Defendants.**

## COMPLAINT

At all times relevant hereto, Defendants John Does 1 through 10 and John Doe Corporations 11 through 20, inclusive, are persons and/or corporations whose names the Plaintiff does not know and has been unable to presently ascertain, but are people and/or entities involved in this action. Defendants John Does 1 through 10 and John Doe Corporations 11 through 20, inclusive, presently unidentified, will in no way be prejudiced in the maintenance of their defense on the merits within the meaning of Rule 15(D) of the Ohio Rules of Civil Procedure because of their constructive or actual notice of the institution of this case. Except for the inability of the Plaintiffs to discover the names of Defendants John Does 1 through 10 and John Doe Corporations 11 through 20, inclusive, this action would be brought against them in their proper, true, and exact names and capacities, and said information will be provided by the Plaintiff when such information becomes fully known to the Plaintiff.

## FIRST CAUSE OF ACTION
### (Negligence)

1.  At all times relevant herein, Defendants, International Laboratories LLC and Dr. Reddy's Laboratories are corporations for profit and upon information and belief, design and manufacture prescription medications for sale on retail stores and pharmacies. Defendant John Does 1-5 and/or John Doe Corporations 11-15 are also individuals and/or corporations that manufacture the drugs known as Clopidogrel, Plavix and Simvsastatin.

2. Defendant Walmart Stores, John Does1-5 and/or John Doe Corporations 11-15 (hereinafter "Davita") or ("Defendants"), were the owners, operators and/or were responsible for the operation, maintenance, possession, inspection, control of the premises located and identified at 3465 York Commons Dayton, Ohio 45414, through its employees, agents, and servants who were acting within their course and scope of their authority. Specifically, Defendant Walmart maintains a retail pharmacy at this location.

3. Plaintiff Emma Silencieux was prescribed Plavix, which is upon information and belief, a common medication for the treatment for blood clots and is considered a blood thinner.

4. By reason of its operation as the manufacturer of prescription drugs, Defendants International Laboratories and Dr. Reddy's Laboratories owe the general public and customers a duty of care and it represented that the prescription medications it manufactured and produced and sold to the general public or safe and non-hazardous and packaged and labeled to industry standards and produced by federal regulations.

5. By reason of its operation of a retail store and pharmacy, Defendant Walmart owes its customers prescription drug customers a duty of care when purchasing prescription medication at its stores and that the medication is correctly labeled.

2. Sometime in September, 2017, Plaintiff went to the Walmart store located at 3465 York Commons, Dayton, Ohio to fill her prescription for clopidogrel, a generic medication for Plavix.

3. Defendants, through their agents, servants and assigns breached their duty of care owed to Plaintiff by negligently providing the wrong prescription medication to client. Instead of receiving clopidogrel, plaintiff was negligently provided cholesterol medication.

4. Upon information and belief, Defendants, failed to utilize proper labels when dispensing said medication that Plaintiff relied on was the correct one.

4. On or about September 17, 2017, Plaintiff went into cardiac arrest as a direct and proximate cause of the Defendants' negligence, causing pain and suffering, and permanent injuries.

5. As a direct and proximate result of the Defendants' negligent and/or reckless acts, Plaintiff sustained injury to her person requiring medical treatment and incurred medical expenses in the past and she will continue to require medical treatment and incur medical expenses into the future

WHEREFORE, plaintiffs demand judgment against the defendants, jointly and severally, in an amount in which represents fair, reasonable and just compensation and for their costs herein.

Respectfully submitted,

/s/ Richard P. Gabelman
Richard P. Gabelman, 0074642
Attorney for Plaintiff
6071 Montgomery Road
Cincinnati, Ohio 45213
(513) 321-7733 office
(513) 321-7740 fax